THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT CALDWELL, Appellant, v. BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Dannemora, N. Y., Respondent.— Leave to appeal as a poor person on typewritten record granted. Application to present argument orally denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Application of WEBSTER GRIM, Administrator, etc., of WILLIAM FRANCIS COOK, for an Order of Discovery of Withheld Property.— Motion for stay denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

ISIDORE GOLDBERG, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 24041.) — Motion to dismiss appeal granted, without prejudice to the making of an application to reinstate the appeal when and if the appellant is relieved of disability. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

CHARLOTTE LIPKIND, Appellant, v. THOMAS R. WARD, FRED W. WHITE and HOME SAVINGS BANK OF THE CITY OF ALBANY, Respondents.— Application to change venue of action dismissed. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD M. MEEGAN, Appellant.— Time extended three months with leave to renew application at the end of that period. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LLOYD RUBIN, Appellant, v. BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Dannemora, N. Y., Respondent.— Motion to appear and argue orally denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.